UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FELICIA Y. SHELTON,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br><br>Defendant. | Case No. 1:21-cv-01219-JMS-DLP<br><br>Honorable Doris L. Pryor |

> Dismissal with prejudice acknowledged [14]. JMS, DJ 8/3/21 Distribution via ECF

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, FELICIA Y. SHELTON ("Plaintiff"), by and through her undersigned counsel, and in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, HARRIS & HARRIS, LTD., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 2, 2021

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com